**Meri Alice BANKS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 58533.**

Missouri Court of Appeals,
Western District.

May 1, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 3, 2001.

Mark A. Grothoff, Asst. Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephanie Morrell, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before LAURA DENVIR STITH,[1] P.J., SMART, and HOWARD, JJ.

### ORDER

PER CURIAM:

Meri Alice Banks, a/k/a Mary Alice Banks, appeals the denial, after a hearing, of her Rule 29.15 postconviction motion. The judgment is affirmed. Rule 84.16(b).